IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–35–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ARTEMUS LAVELLE BROCK, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion to Reopen Briefing Schedule. (Doc. 36.) Through the Motion, the Government requests that the Court reopen the briefing on Defendant's Motion to Suppress in order to provide the Court with updated argument based on recently revealed facts. (*Id.* at 1–2.) Defendant does not oppose. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Motion (Doc. 36) is GRANTED. The Government shall file its supplemental responsive brief on or before January 31, 2025. Defendant shall file his reply brief on or before February 14, 2025.

DATED this 30th day of January, 2025.

Dana L. Christensen, District Judge
United States District Court

1